UNPUBLISHED

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
     *Plaintiff-Appellee,*

v.

ERNEST ALEXANDER ANDERSON, a/k/a
Virginia E,
     *Defendant-Appellant.*

No. 01-4615

Appeal from the United States District Court
for the Western District of Virginia, at Charlottesville.
James H. Michael, Jr., Senior District Judge.
(CR-00-31)

Submitted: April 16, 2002

Decided: May 3, 2002

Before MOTZ and GREGORY, Circuit Judges, and
HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

## COUNSEL

John B. Mann, LEVIT, MANN & HALLIGAN, Richmond, Virginia,
for Appellant. Nancy Spodick Healey, Assistant United States Attor-
ney, Charlottesville, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

## OPINION

PER CURIAM:

Ernest Alexander Anderson pled guilty pursuant to a plea agreement to one count of carrying and using a firearm during and in relation to a drug trafficking offense, causing death by murder through the use of the firearm, in violation of 18 U.S.C.A. § 924(j)(1) (West 2000). He was sentenced to 600 months imprisonment followed by five years supervised release, and a $500 fine. Anderson appeals.

Counsel for Anderson has filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), stating that he has found no meritorious claims for appeal. Anderson, informed of his right to file a pro se supplemental brief, has not done so. In his brief counsel reviews the constitutional requirements for the guilty plea and sentencing. He states that his review of the record discloses "no substantial or meaningful" violations of Fed. R. Crim. P. 11 or Fed. R. Crim. P. 32.

In accordance with *Anders*, we have reviewed the entire record in this case and find no meritorious issues. Therefore, we affirm Anderson's conviction and sentence.

Counsel moves this court to allow him to withdraw as counsel for Anderson on the ground that he has found no meritorious issues for appeal. This court requires that counsel inform his client, in writing, of the client's right to petition the Supreme Court of the United States for further review. If the client requests that such a petition be filed but counsel believes that it would be frivolous to do so, then counsel may move in this court for leave to withdraw from representation. Counsel's motion must state that a copy thereof was served on the client.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*